TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00199-CR







Steven Michael Harrison, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 94-637-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING







PER CURIAM



 This is an appeal from the judgment of conviction for indecency with a child. 
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).




Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed: July 12, 1995


Do Not Publish